ORIGINAL
ΔεF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 0 9 2005 ★
BROOKLYN OFFICE

-----------------------------------------------------------x

DANIEL FOOTES,

        Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT;
THE PATROLMAN BENEVOLENT
ASSOCIATION; THE KINGS COUNTY
DISTRICT ATTORNEYS OFFICE; P.O.
VITO VALENTI; P.O. BRUCE VEGODA;
MR. PETER WILSON, ASSISTANT DIST.
ATTORNEY; P.O. EDWARD BETTONS,

        Defendants.

-----------------------------------------------------------x

**CIVIL JUDGMENT**
Case No. 05-CV-2405 (FB)

Pursuant to the Court's June 7, 2005 Memorandum and Order dismissing this action, it is

**ORDERED, ADJUDGED AND DECREED** that the above-entitled action is dismissed. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this order would not be taken in good faith; therefore, *in forma pauperis* status is denied for purposes of appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

                                FREDERIC BLOCK
                                United States District Judge

Brooklyn, New York
June 7, 2005

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.